**Electronically Filed
Supreme Court
SCPW-23-0000711
23-APR-2024
09:32 AM
Dkt. 47 ODMR**

SCPW-23-0000711

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

CAMERON NICE and MARTHA NICE, Petitioners,

vs.

THE HONORABLE RANDAL VALENCIANO,
Judge of the Circuit Court of the Fifth Circuit,
State of Hawai'i, Respondent Judge.

---

ORIGINAL PROCEEDING
(CASE NO. 5CCV-22-0000027)

ORDER DENYING MOTIONS
(By: Recktenwald, C.J., McKenna, Eddins, and Ginoza JJ.,
and Circuit Judge Kawamura, in place of Devens, J., recused)

Upon consideration of the motion for reconsideration and "Motion to Compel," both filed on April 19, 2024, and the record, we construe both the motion for reconsideration and "Motion to Compel" to seek reconsideration of this court's April 2, 2024 order denying the petition. Petitioners' reconsideration request is untimely because the request was filed more than ten days after the filing of this court's

April 2, 2024 order denying the petition.  See Hawaiʻi Rules of Appellate Procedure Rule 40(a) (2000).

It is ordered that the motions are denied.

This case is closed.  It is further ordered that the appellate clerk shall not accept additional filings from Petitioners in this case.

DATED:  Honolulu, Hawaiʻi, April 23, 2024.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Shirley M. Kawamura